**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

*L. LaVictoire*

UNITED STATES OF AMERICA                  :

      v.                                                       :                    CASE NO.: CR206-16

                                   :

ISRAEL ZELADA                                      :

              Defendant.                     :

## O R D E R

The Court has been advised that all motions filed in this case have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this _24th_ day of July, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)