UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * CASE NO.: CR 20616 |
| v. | * |
| | * |
| ISRAEL ZELADA, | * |
| Defendant | * |

## ORDER FOR RELEASE OF BOND FUNDS

The defendant's Motion for Release of Bond Funds having been read and considered:

IT IS HEREBY ORDERED that all funds posted for the bail of ISRAEL ZELADA plus any and all accrued interest be returned to:

  Recipient: The Harrison Firm

  Tax Payer I.D.# 58-2033315

  Address: 1621 Reynolds Street, Brunswick, GA 31521

So ordered this 31 day of January, 2007.

_____
United States District Court Judge
Southern District of Georgia